IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LESA WILLIS                                                                                        PLAINTIFF

vs.                                          Civil No. 4:14-cv-04025

CAROLYN W. COLVIN                                                                    DEFENDANT
Commissioner, Social Security Administration

## ORDER

Plaintiff has filed a *pro se* complaint in this matter together with a request for leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit, and, accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **GRANTED.** The Court directs that a copy of the complaint filed herein, along with a copy of this order, **be served by the U.S. Marshal's Office** by certified mail, return receipt requested, on Defendant, Carolyn W. Colvin, Commissioner of the Social Security Administration, the U.S. Attorney General, and the civil-process clerk at U.S. Attorney's Office without prepayment of fees and costs or security therefor. The Clerk is directed to prepare and issue summons and a USM 285. Defendant is ordered to answer within sixty (60) days from the date of service.

**IT IS SO ORDERED this 4th day of February 2014.**

                                                                                      /s/   Barry A. Bryant
                                                                                      HON. BARRY A. BRYANT
                                                                                      U.S. MAGISTRATE JUDGE