IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LESA WILLIS                                                                                          PLAINTIFF

vs.                                        Civil No. 4:14-cv-04025

CAROLYN W. COLVIN                                                DEFENDANT
Commissioner, Social Security Administration

## **MEMORANDUM OPINION**

Before the Court is Plaintiff's Complaint. ECF No. 1. The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 12.[1] Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Plaintiff filed her Complaint on February 3, 2014. Thereafter, Defendant answered (ECF No. 13), and the transcript in this action was also filed. On April 16, 2014, the Court entered a social security scheduling order clearly directing Plaintiff to file an appeal brief by May 16, 2014. In the scheduling order, the Court noted that "**Plaintiff's failure to file a timely brief may result in dismissal for failure to prosecute**." Despite this deadline and this warning, Plaintiff did not timely file an appeal brief.

Thereafter, on September 16, 2014, the Court entered a show cause order directing Plaintiff to show cause for her failure to timely file an appeal brief in this matter. ECF No. 15. In this order, the Court directed Plaintiff to respond within fourteen (14) days. *Id.* More than fourteen days has

---

[1] The docket numbers for this case are referenced by the designation "ECF No. ____" The transcript pages for this case are referenced by the designation "Tr."

elapsed, and Plaintiff has not responded to this order and has still not filed an appeal brief in this matter.

Accordingly, consistent with the directive of this scheduling order, the Court **DISMISSES** Plaintiff's Complaint without prejudice for failure to comply with an order of the Court, failure to timely file his appeal brief, and failure to prosecute this action.

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 6th day of October 2014.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE