IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LESA WILLIS                                                                                           PLAINTIFF

vs.                                          Civil No. 4:14-cv-04025

CAROLYN W. COLVIN                                                                          DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

For the reasons set forth in the Memorandum Opinion entered on this date, the Court **DISMISSES** Plaintiff's Complaint (ECF No. 1) without prejudice.

**IT IS SO ORDERED this 6th day of October 2014.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE